IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LAMAR TARVER,<br><br>    Defendant.              / | No. C13-00281 CRB<br><br>**ORDER DENYING MOTION PURSUANT TO 18 U.S.C. § 3582(a) AND (c)(2)** |

Defendant Lamar Tarver moves the Court to correct his Presentence Investigation Report ("PSR"), arguing that the Court relied on inaccurate information and that Defendant was not allowed to correct the PSR at his sentencing hearing. See Motion (dkt. 27). That Motion is DENIED.

**IT IS SO ORDERED.**

Dated: November 13, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE